UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VANESSA MITCHELL,

      Plaintiff,

vs.                                            Case No. 8:13-cv-01506-T-27AEP

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 6) of the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied and Plaintiff be given up to and including July 18, 2013, to pay the requisite filing fee. Neither party has filed objections to the Report and Recommendation.

After careful consideration of Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation (Dkt. 6) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2)    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

(3)    Plaintiff shall have through **July 18, 2013**, to pay the requisite filing fee. <u>Failure of Plaintiff to pay the requisite filing fee by July 18, 2013, will result in the dismissal of this action without further notice.</u>

**DONE AND ORDERED** this _8th_ day of July, 2013.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record